IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-038 |
| | ) | |
| JOHNATHAN ADRIANE BROWN | ) | |

**O R D E R**

Because Defendant has waived the right to a preliminary hearing, this matter should proceed to a final revocation hearing before the presiding District Judge.

In accordance with the Bail Reform Act, the Court conducted a detention hearing on February 13, 2025, pursuant to 18 U.S.C. § 3142(f). Upon careful consideration of the facts presented at the hearing, the Court hereby orders Defendant released pending the final revocation hearing. Defendant shall comply with all terms and conditions of supervised release originally imposed on August 26, 2021, and further imposes the following conditions:

- Defendant shall participate in the location monitoring program and comply with the following requirements: Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; and submit to location monitoring technology as directed by the supervising officer.
- Defendant shall not operate a motor vehicle.
- Defendant shall not use alcohol at all.
- Defendant shall participate in a clinical evaluation as defined in Code Section 40-5-1 and, if recommended as a part of such evaluation, complete a substance abuse treatment program as defined in Code Section 40-5-1.
- Complete a DUI alcohol risk reduction program.

SO ORDERED this 14th day of February, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA